No. 218, Misc.   VEGA ET AL. *v.* NATIONAL LABOR RELA-
TIONS BOARD.   C. A. 1st Cir.   Certiorari denied.   *Ginoris
Vizcarra* for petitioners.   *Solicitor General Cox, Arnold
Ordman, Dominick L. Manoli* and *Norton J. Come* for
respondent.

No. 220, Misc.   WHALEM *v.* UNITED STATES.   C. A.
D. C. Cir.   Certiorari denied.   Petitioner *pro se.   Act-
ing Solicitor General Spritzer, Assistant Attorney General
Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the
United States.

No. 227, Misc.   LEVY *v.* UNITED STATES.   Ct. Cl.   Cer-
tiorari denied.   Petitioner *pro se.   Solicitor General Cox*
for the United States.

No. 228, Misc.   OLIVER *v.* LOUISIANA.   Sup. Ct. La.
Certiorari denied.   *Maurice R. Woulfe* for petitioner.

No. 229, Misc.   GLOVER *v.* UNITED STATES.   C. A.
D. C. Cir.   Certiorari denied.   Petitioner *pro se.   Solic-
itor General Cox, Assistant Attorney General Vinson* and
*Beatrice Rosenberg* for the United States.

No. 230, Misc.   FAIR *v.* BRYANT, GOVERNOR OF FLORIDA.
Sup. Ct. Fla.   Certiorari denied.

No. 235, Misc.   LUCAS *v.* UNITED STATES.   C. A. 8th
Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor
General Cox, Assistant Attorney General Vinson, Beatrice
Rosenberg* and *Robert G. Maysack* for the United States.

No. 236, Misc.   FOSTER *v.* PARKER ET AL.   C. A. 9th
Cir.   Certiorari denied.